**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

OTIS HUGHES, ADC # 100835                                                                                    PLAINTIFF

v.                                           5:15CV00311-JLH

KEITH CONNELL, Police Chief,
Stuttgart Police Department; *et al.*                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, the complaint of Otis Hughes is dismissed without prejudice for failure to state a claim upon which relief may be granted. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this 6th day of October, 2015.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE